Certificate Number: 16339-PAE-DE-041055467

Bankruptcy Case Number: 26-11666



16339-PAE-DE-041055467

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 4, 2026, at 9:52 o'clock AM EDT, Chaleena Boggs completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 4, 2026                    By:     /s/Kris Krumal

                                        Name:   Kris Krumal

                                        Title:   Certified Financial Counselor